UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 8:26 cr 061 |
| | : | |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| **v.** | : | |
| | : | 18 U.S.C. § 922(a)(1)(A) |
| **1. JA'LEON HAYES** | : | 18 U.S.C. § 924(h) |
| **a/k/a Banks** | : | 18 U.S.C. § 933(a)(1) |
| | : | |
| **2. KARON CLARK** | : | **THOMAS M. ROSE** |
| **a/k/a Rondo,** | : | |
| | : | |
| **Defendants.** | : | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. §§ 933(a)(1) and 933(a)(3)]

Between in or around May 2026 and on or about May 21, 2026, in the Southern District of Ohio, defendants **JA'LEON HAYES also known as ("a/k/a") Bank ("HAYES"), KARON CLARK a/k/a Rondo ("CLARK"),** and others unknown to the Grand Jury, knowingly conspired to ship, to transport, to transfer, and to cause to be transported, and to otherwise dispose of firearms, including, but not limited:

Page **1** of **4**

| DEFENDANT | DATE | FIREARM(S) |
|---|---|---|
| **HAYES CLARK** | 5/18/2026 | Ruger, Model AR-556 rifle<br><br>Glock, Model 23V 9mm pistol |
| **HAYES CLARK** | 5/21/2026 | Anderson Manufacturing, Model AM-15, multicaliber pistol<br><br>Glock, Model 41GEN4 .45 caliber pistol |

to a recipient, in or otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a).

All in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).

COUNT TWO

[18 U.S.C. § 924(h)]

Between in or around May 2026 and on or about May 21, 2026, in the Southern District of Ohio, defendants **HAYES**, **CLARK**, and others unknown to the Grand Jury, knowingly conspired to knowingly transfer firearms -- including, but not limited to, the firearms listed in the chart under Count One above -- knowing and having reasonable cause to believe that that the firearms would be used in a drug trafficking crime as defined under Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Section 924(h).

COUNT THREE

[18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)]

Between a beginning date unknown, but at least by in or around May 2026, and on or about May 21, 2026, in the Southern District of Ohio, defendants **HAYES** and **CLARK**, aiding and abetting each other, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms without a license.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

A TRUE BILL

_____
Foreperson

DOMINICK S. GERACE II
United States Attorney

_____
RYAN SAUNDERS
Assistant United States Attorney